IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-mj-36-TFM |
| | ) | |
| DANDRE STOKES | ) | |

GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____  Crime of violence (18 U.S.C. § 3156)

    _____  Maximum sentence of life imprisonment or death

    \_\_\_X\_\_\_\_\_  10 + year drug offense

    _____  Felony, with two prior convictions in the above categories

    \_\_\_X\_\_\_\_\_  Serious risk the defendant will flee

    _____  Serious risk of obstruction of justice

    _____  Felony involving a minor victim

    _____  Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____  Failure to register a sex offender (18 U.S.C. § 2250)

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will

reasonably assure:

| | |
|---|---|
| __X__ | Defendant's appearance as required |
| __X__ | Safety of any other person and the community |

3. Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

| | |
|---|---|
| __X__ | Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c) |
| _____ | Previous conviction for "eligible" offense committed while on pretrial bond |
| _____ | A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above |

4. Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

| | |
|---|---|
| _____ | At the initial appearance |
| __X__ | After continuance of 3 days |

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 6th day of April, 2007.

LEURA G. CANARY
United States Attorney

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax