IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr96-MHT |
| ) | |
| DEANDRE STOKES ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **May 23, 2007, at 10:30 a.m.,** in the above-styled case.

You are DIRECTED to produce the following named prisoner: **DEANDRE STOKES,** before the United States District Court at Courtroom 4A, on the 23rd day of May, 2007, at 10:30 a.m.

DONE, this the 10th day of May, 2007.

Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk