IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr96-MHT |
| ) | |
| DEANDRE STOKES ) | |

### MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Deandre Stokes, into the custody of Devin Whittle/DEA and Eddie Spivey/DEA Task Force, from June 13, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Devin Whittle and Eddie Spivey to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 11th day of June, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/A. Clark Morris
A. Clark Morris
One Court Square, Suite 201
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr96-MHT |
| | ) | |
| DEANDRE STOKES | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Valerie M. Smedley, Esq.

                Respectfully submitted,

                /s/A. Clark Morris
                A. CLARK MORRIS
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr96-MHT |
| | ) | |
| DEANDRE STOKES | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on June 11, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Deandre Stokes, from June 13, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Devin Whittle/DEA and Eddie Spivey/DEA Task Force, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE