IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| VS. | * DOCKET NO. 2:07cr96-MHT |
| DEANDRE STOKES | * |
| Defendant. | * |

## MOTION TO CONTINUE

COMES NOW the defendant, by and through his attorney, and moves this Honorable Court to continue the above-styled cause now set for the September 17, 2007 trial term. As grounds counsel would show unto the Court the following:

1. That the defendant has began cooperating with the U.S. Attorney's Office.
2. That the defendant is facing a possible sentence of forty (40) years.
3. That the defendant wants to continue cooperating with the U.S. Attorney's Office in an effort to lower his sentence.
4. That the defendant and the U.S. Attorney's Office have scheduled another meeting for the defendant's cooperation.
5. That the defendant will need some extra time in which to provide information and/or sources to the U.S. Attorney's Office and for this information to be useful to the government.
6. That there should be a resolution of this matter before the next trial term.
7. That the U.S. Attorney's Office (Clark Morris) has no objection to a continuance of this matter.

**WHEREFORE**, the premises considered, counsel for the defendant respectfully request a continuance in the above-styled cause and reschedule the same at the Court's earliest convenience.

Respectfully submitted this 11th day of September, 2007.

VALERIE MURRY SMEDLEY          SME003
Attorney for Defendant Deandre Stokes

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue upon the Honorable Clark Morris, Assistant U.S. Attorney, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, and Attorney Donnie Bethel by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 11th day of September, 2007.

VALERIE MURRY SMEDLEY
Attorney for Defendant Deandre Stokes