## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **DOCKET NO. 2:07cr96-MHT** |
| | ) | |
| **DEANDRE STOKES** | ) | |
| | ) | |
| **Defendant** | | |

### MOTION TO CONTINUE

Comes now the defendant, by and through his attorney, and request this Honorable Court to continue the above-styled cause now set for Trial on December 10, 2007 at 10:00 am.  As grounds counsel would show unto the Court the following:

1.   That the defendant is working the United States government in this case.

2.    That the defendant will not have completed his work with the government by the December 10th trial date.

3.    That the Government has no objections to a continuance in this matter.

**WHEREFORE**, the premises considered, the defendant respectfully prays that this Honorable Court will continue this matter.

Respectfully submitted this 15 day of November, 2007.


_s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY      SME003**
 **Attorney for Defendant**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596 Telephone
(334) 230-9566 Fax

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have served a copy of the foregoing upon the U. S. Attorney's

Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, by

hand delivering or  by placing a copy of same in the U.S. Mail, postage prepaid and properly

addressed, on this the 15 day of November, 2007.

s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY**
**Attorney for the Defendant**