IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr96-MHT |
| | ) | |
| DEANDRE STOKES | ) | |

## MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Deandre Stokes into the custody of Neil Thompson and Eddie Spivy, DEA from February 29, 2008 through December 31, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Neil Thompson and Eddie Spivy to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 28th day of February, 2008.

                                          Respectfully submitted,

                                          LEURA G. CANARY
                                          UNITED STATES ATTORNEY

                                          /s/A. Clark Morris
                                          A. CLARK MORRIS
                                          131 Clayton Street
                                          Montgomery, Alabama 36104
                                          Phone: (334) 223-7280
                                          FAX: (334) 223-7135
                                          E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr96-MHT |
| | ) | |
| DEANDRE STOKES | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Valerie Murry Smedley, Esq.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr96-MHT |
| | ) |
| DEANDRE STOKES | ) |

ORDER

Upon consideration of the government's motion for release of prisoner filed on February 28, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Deandre Stokes from February 29, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Neil Thompson and Eddie Spivy, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE