THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | CR. NO. 2:07cr96-MHT |
| ) | |
| DEANDRE STOKES ) | |
| ) | |
| Defendant ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the defendant, DEANDRE STOKES, by and through the undersigned counsel, and hereby notifies this Honorable Court of the defendant's intent to change his plea of NOT GUILTY to a plea of GUILTY. This notice is filed to alert the Court that the defendant is indeed prepared to go forward.

Respectfully submitted this 5th day of March, 2008.


                                          s/Valerie Murry Smedley_____
                                        **VALERIE MURRY SMEDLEY      SME003**
                                          **Attorney for the Defendant**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice of Intent to Change Plea upon the U.S. Attorney's Office, Middle District of Alabama, Post Office Box 197, Montgomery, AL   36101-0197, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 5th day of March, 2008.

                                s/Valerie Murry Smedley_____
                                **VALERIE MURRY SMEDLEY**
                                **Attorney for the Defendant**