Judge Myron H. Thompson

RECEIVED
2008 APR 15 A 10:15
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07CR 96-MHT

Dear Honorable Myron Thompson
My name is D'Andre Stokes I have a court sentencing day comeing soon. Sir, I'm having a problem understanding the plea that i made. I'm being charged with conspiracy to sell 5 kilos And i have two fire arm charges that i did not posses. I think that if i'm going to be punished it should be for what I did. which was to purchase four to five kilos from an under cover agent. The reason why i pleaded guilty to the conspiracy was because my lawyer Valerie Smedly, told me that's my best decision. My lawyer never talk to me about my case. All she said was if i don't accept a deal i can get 40 to 50 year if i go to trial. I been lock up for a year and have never seen a sentencing guideline.
Mr Thompson will you please help me in this situation dat i'm in please sir. I hope i can get a fair chance to pleaded guilty to. I don't know what i have plead guilty to sir. Or what it career sir.

I did not have time to think about my plea, because the day before my plea day is when my lawyer spoke to me about making this decision. She and the prosecutor stated that they will help me get a lower sentence, but I haven't spoken to either of them about this situation. Will you please help me with this problem that i have on my hand's. I try talking to my lawyor about it she said that she's going to check on it but i know that is not true.

So Honorable, Thompson please help me and have mercy on me at sentencing sir. I'm sorry for doing wrong and trying to brack the law.

Sincerely
D'Andre J. Stokes