IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr96-MHT |
| | ) | |
| DEANDRE STOKES | ) | |

## **ORDER**

Upon consideration of defendant's pro se motion to withdraw guilty plea (Doc. # 46, filed April 15, 2008, and for good cause, it is

ORDERED that defendant's counsel shall meet with defendant on or before April 25, 2008 to determine whether defendant wishes to withdraw his plea. It is further

ORDERED that defendant's counsel shall thereafter file either a document confirming that defendant wishes to withdraw his plea or a motion to withdraw the pro se pleading (Doc. # 46) on or before April 28, 2008.

DONE, this 18th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE