IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| VS. | * | DOCKET NO. 2:07cr96-MHT |
| | * | |
| DEANDRE STOKES | * | |
| | * | |
|     Defendant. | * | |

## RESPONSE TO COURT'S ORDER

COMES NOW Valerie Murry Smedley, and attorney for the defendant in the above-styled cause, and submits the following in response to this Honorable Court's Order regarding the defendant's pro se pleading:

1. That counsel has met with the defendant regarding his pro se pleading.

2. That counsel and the defendant went through each paragraph of the indictment and plea agreement.

3. That the defendant stated to counsel that he does not understand why he is being charged with conspiracy and weapons that he did not have in his possession.

4. That prior to the defendant's plea, counsel and the defendant discussed the indictment, the facts of his case and the plea agreement.

5. That on the day of plea, counsel, Asst. U.S. Attorney Clarke Morris and Mr. Eddie Spivey discussed the plea agreement. Further, at this time, Ms. Morris agreed to dismiss an additional count of the indictment to which defendant states he understood.

6. That counsel and the defendant reviewed the Presentence Investigation Report as submitted by the United States Probation Office.

7. That the defendant does not agree with Count One and the Base Offense Level as outlined in paragraph 21 of the Report.

8. That the defendant state he disagrees with the facts as outlined in paragraph 5 and 7 of the Report.

9. That the defendant disagrees with the Report because they portray him in a "leadership" role and that he did not obstruct justice on the day he was arrested.

10. That after talking with the defendant for approximately 30 – 45 minutes, the defendant would only state that he does not want to go to trial but does not understand how he is charged with Counts One, Three and Six of the indictment.

Respectfully submitted this 2nd day of May, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY         SME003**
**Attorney for Defendant Deandre Stokes**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue upon the U.S. Attorney's Office, Middle District of Alabama, by electronic filing on this the 2nd day of May, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY**
**Attorney for Defendant Deandre Stokes**