IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| VS. | *   DOCKET NO. 2:07cr96-MHT |
| DEANDRE STOKES | * |
| Defendant. | * |

## MOTION TO CONTINUE

COMES NOW the defendant, by and through his attorney, and moves this Honorable Court to continue the above-styled cause now set for hearing on May 9, 2008 at 9:30 a.m. As grounds counsel would show unto the Court the following:

1. That counsel for the defendant has made arrangements to attend her goddaughter's graduation from Troy University in Troy, Alabama on this date at 10:00 a.m.

2. That if this matter could be continued until the afternoon of Monday, May 12th, the defendant would not suffer any irreparable harm.

3. That the U.S. Attorney's Office (Clark Morris) has no objection to a continuance of this matter.

**WHEREFORE**, the premises considered, counsel for the defendant respectfully request a continuance in the above-styled cause and reschedule the same at the Court's earliest convenience.

Respectfully submitted this 8th day of May, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY        SME003**
**Attorney for Defendant Deandre Stokes**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue upon the Honorable Clark Morris, Assistant U.S. Attorney, Middle District of Alabama, on this the 8th day of May, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY**
**Attorney for Defendant Deandre Stokes**