IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr96-MHT |
| | ) | |
| DEANDRE STOKES | ) | |

## **ORDER**

Upon consideration of defendant's motion to continue (Doc. # 50), filed May 8, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The hearing previously scheduled for May 9, 2008 be and hereby is **rescheduled for 2:00 p.m. on May 12, 2008** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 8th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE