IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr96-MHT |
| | ) | |
| DEANDRE STOKES | ) | |

## **ORDER**

The court held a hearing on May 12, 2008 to address defendant's *pro se* letter concerning his guilty plea, docketed as a motion to withdraw guilty plea (Doc. # 46), and defendant's counsel's Response to Court's Order (Doc. # 48). At this hearing, after consulting with his counsel, Stokes informed the court that he stood by and reaffirmed his previous plea of guilty in this case and did not wish to go to trial on the indictment filed against him. Accordingly, and for good cause, it is

ORDERED that the *pro se* motion to withdraw guilty plea be and hereby is DENIED as moot pursuant to the defendant's declaration in open court that he does not to seek to withdraw his plea.

DONE, this 13th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE