IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | DOCKET NO. 2:07cr96-MHT |
| | * | |
| DEANDRE STOKES | * | |
| | * | |
| **Defendant.** | * | |

## MOTION TO CONTINUE

COMES NOW the defendant, by and through his attorney, and moves this Honorable Court to continue the above-styled cause now set for sentencing on May 21, 2008. As grounds counsel would show unto the Court the following:

1. That on or about April 15, 2008 the defendant filed a letter with the Court indicating that he wanted to withdraw his guilty plea.

2. That as a result of the defendant's motion, his cooperation with the U.S. Attorney's Office was put on "hold".

3. That because counsel spent an enormous amount of time with the defendant explaining the plea agreement and the Presentence Investigation Report to ensure that all aspects of each document were understood by the defendant, counsel and the government were not able to complete the defendant's cooperation by the sentencing date

4. That a hearing was held on the defendant's motion on May 12, 2008 wherein the defendant withdrew his motion to withdraw his guilty plea.

5. That the defendant wants to continue to cooperate with the U.S. Attorney's Office.

6. That the defendant and the U.S. Attorney's Office have scheduled another meeting for the defendant's cooperation.

7. That a continuance of this matter would not prejudice the government and would benefit the defendant.

8. That the U.S. Attorney's Office (Clark Morris) has no objection to a continuance of this matter.

**WHEREFORE**, the premises considered, counsel for the defendant respectfully request a continuance in the above-styled cause and reschedule the same at the Court's earliest convenience.

Respectfully submitted this 20th day of May, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY          SME003
Attorney for Defendant Deandre Stokes**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue upon the Honorable Clark Morris, Assistant U.S. Attorney, Middle District of Alabama, on this the 20th day of May, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY**
**Attorney for Defendant Deandre Stokes**