IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr96-MHT |
| DEANDRE STOKES | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Deandre Stokes's motion to continue sentencing (Doc. No. 55) is granted.

(2) Sentencing for defendant Stokes, now set for May 21, 2008, is reset for July 3, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 21st day of May, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE