IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr96-MHT
DEANDRE STOKES              )
```

## ORDER

For the reasons stated in open court on July 3, 2008, and at the oral request of both the government and defendant Deandre Stokes, it is ORDERED that sentencing is continued to January 26, 2009, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 7th day of July, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE