2:07cr96-MHT

Dear Honorable Myron H. Thompson

This is D'Andre Stokes wrighting you agine becouse. My lawyer mislead me and didnot read over my plea agreement. Not knowing dat i was faceing a mandatory 25 year.

The prosecutor said that she dorp the firearm. Dat that got in november 15, 2005 from 4437 Plummer. Dr Dat didn't belong to me i never seen in my life sir. So that's wear my Attorney soppose to come in at to help me.

My family paid for her to represent me right sir. She didnot know that i was facing 400 months in to you said it. She was surprise just like i was. I never herd a thing like dat before faceing these charges.

The prosecutor told me that i was looking at 120 to 188 months now everthing changes.

Now the prosecutor saying she cann't talk to me know more about my case. I have to tell my lawyer and she will tell her what i said.

Honor Myron. Thompson my charge i feel like it was like a intrapment with a friend and the Agent Neil Thompos. Agent Thompson And Kelvin Artis gave has girlfriend some money to give me. I suppose to take the money to another man. Kelvin beagde me please to do dis for him or it mit be trobale for him.

And all along the man is a agent himself to set me up to lower Artis time. And with that charge agent Thompsom come up with a 7#count Indictment from that one charge. In my guilty plea the prosecutor and my Attorney had me to plea guilty to conspiracy to distribute five kilo cocaine which is not true sir. Plus possession of a firearm in nov 15.2005 Plus other firearm possession in April 5.2007 that i didnot posses. My lawyer didnot try to help me and speak on those Issues. I don't think my Attorney knows federal law sir. And i was mislead by my Attorney now she giving up on my case. She was not aware of the time that you was giving on July 3, 2008 sir. Your Honor Myron Thompson I have been in Montgomery city Jail for 16 months And my lawyer or the prosecutor havent spoke to me about no 400 months. The probation officer Ms Tray Wick say's I am a organizer leader. In any criminal activity. Sir i objected to that and I geast she didnot do it. I haven't head anything about it sir. That tring to give me 25 plus 15 for thing that they said it was mind. That still have my daddy car and driving it saying it my car doing drug bust out of it.

My dad tryed getting it back wrighting the DEA forfiting and seizer and got no response. I need some help on those objectsion off the P.S.I please sir. And as for my attorney whos not aware of what's going on about my case and how much time i'm facing. And wont come and let me know what i suppose to be doing. I need some more legal help becouse the one I have not helped me at all. Your Honor please help me whit some more legal help. I'm being charge with obstruction justice. Because agent Neal Thomson staed that i hit a police officer car. That's not true the unmack car hit me from the back. And racked the rentill car i was direring sir. I told my lawyer to object to it but she didn't. So im acking you to help me with another attorney to help me better. And can someone help me leave the city jail please sir I have been there 16 mouths. I am having problems honor please help me. Honrable Myron H. Thompson can you please have me move to prattville city holding jail till sentencing please sir. Thank you

God Bless

D. Andre Stokes
P.O. Box 159
Montgomery AL 36101

Honorable Myron H. Thompson
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711



MONTGOMERY AL 361
28 JUL 2008 PM 4 T
USA 42