IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr96-MHT |
| DEANDRE STOKES | ) | (WO) |

ORDER

Following the passage of the Fair Sentencing Act of 2010, Pub. L. 111-220, and the United States Sentencing Commission's issuance of retroactive sentencing guidelines for crack cocaine cases, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the recommendation of the Retroactivity Screening Panel entered this date and after an independent and de novo review of the record, it is ORDERED that defendant

**Deandre Stokes is not eligible for a reduction in sentence pursuant to the Fair Sentencing Act of 2010.**

**DONE, this the 18th day of December, 2013.**

                                 **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**