IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:07cr96-MHT |
| | ) | (WO) |
| DEANDRE STOKES | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered February 23, 2016, and after an independent and de novo review of the record, the court concludes that he is ineligible for a reduction in sentence under Amendment 782.

* * *

**Accordingly, it is ORDERED that defendant DeAndre Stokes's motion for sentence reduction (doc. no. 125) is denied.**

**DONE, this the 26th day of February, 2016.**

\_ /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**