IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:07cr96-MHT |
| | ) | (WO) |
| DEANDRE STOKES | ) | |

ORDER

It is ORDERED that defendant DeAndre Stokes's motion for reconsideration (doc. no. 134) is denied and his alternative motion for clarification (doc. no. 134) is granted to the extent that the court explains below the basis for its decision.

Under 18 U.S.C. § 3582, a court may reduce a defendant's term of imprisonment if the defendant's sentence was "based on" a sentencing range that was later lowered by the Sentencing Commission and a reduction would be "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2); see also U.S.S.G. § 1B1.10(a)(1). However, a court may not reduce a defendant's term of imprisonment under section 3582(c)(2) when the

retroactive guideline amendment "does not have the effect of lowering the defendant's applicable guideline range." U.S.S.G. § 1B1.10(a)(2)(B).

Defendant Stokes was sentenced pursuant to a binding plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). Under Rule 11(c)(1)(C), an attorney for the government may "agree that a specific sentence or sentencing range is the appropriate disposition of the case" and "such a recommendation or request binds the court once the court accepts the plea agreement." The parties agreed to a term of 15 years. See Plea Agreement (doc. no. 104); see also Government's Motion for Downward Departure (doc. no. 110) (requesting 15-year sentence). The court accepted the plea agreement and on that basis sentenced Stokes to 15 years in prison. Under 18 U.S.C. § 3582(c)(2), Stokes's sentence was not "based on" a sentencing range that was later lowered; instead, it was based on the agreement to a particular term of imprisonment. See Freeman v. United States, 131 S. Ct. 2685, 2697-2700

(2011) (Sotomayor, J., concurring).  For these reasons, Stokes is ineligible for a sentence reduction.

DONE, this the 11th day of March, 2016.

                                       _ /s/ Myron H. Thompson  
                                       **UNITED STATES DISTRICT JUDGE**