IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:07cr96-MHT
                            )             (WO)
DEANDRE STOKES              )
```

### ORDER

Upon consideration of defendant Deandre Stokes's motion for a recommendation (doc. no. 141), it is ORDERED that the motion is denied.  The court has no influence over whether defendant Stokes receives a full year off of his sentence.

DONE, this the 6th day of December, 2016.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE