IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:07cr96-MHT |
| | ) | (WO) |
| DEANDRE STOKES | ) | |

ORDER

Having considered the applicable factors under 18 U.S.C. § 3553(a), it is ORDERED that defendant DeAndre Stokes's petition for early termination of supervised release (Doc. 144) is denied. While the court is impressed with his progress so far, defendant Stokes has completed only about a fifth of his ten-year term of supervised release. Given the nature of his offense, which involved large amounts of illegal substances and firearms, and the relatively short period of time he has been on supervised release, the court agrees with the government and probation officer that additional time on supervised release is needed to provide adequate deterrence to criminal conduct and to protect the public from further potential crimes of the

defendant.  *See* 18 U.S.C. § 3553(a)(1), (a)(2)(B), & (a)(2)(C).  Also, given Stokes's placement on low-intensity supervision, the court understands that continuing supervision should not pose a barrier to the travel required for his career.  However, if Stokes continues to do well on supervised release, the court would be willing to consider a renewed petition for early termination of supervised release after a reasonable period of time.

DONE, this the 12th day of July, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**