IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:07cr96-MHT
                            )            (WO)
DEANDRE STOKES              )
```

## ORDER

This case is before the court on defendant DeAndre Stokes's second petition for early termination of supervised release.  Stokes has completed approximately three years and seven months of his ten-year term of supervised release.  He has done well on supervision, working consistently, starting his own trucking company, supporting his family, and avoiding substance abuse and criminal involvement, and the court commends him for doing so.  Stokes seeks early termination of supervised release so that he can travel as needed to develop a new franchise business.  However, based on the responses of the probation officer (Doc. 153 and Doc. 154), the probation department has afforded Stokes great flexibility with travel for his work as a truck

driver, and even months-long travel can be readily accommodated under the current terms of his supervision. While the court understands Stokes's desire to move on with this new phase of his life without supervision, given the severity of his offense, which involved a leadership role in a significant drug operation and firearms, the court agrees with the probation officer and the government that additional supervision is warranted to provide adequate deterrence to criminal conduct and to protect the public from further potential crimes of the defendant. *See* 18 U.S.C. § 3553(a)(1), (a)(2)(B), & (a)(2)(C). However, the court will consider a renewed request for early termination when Stokes has completed five years of supervised release.

***

Accordingly, having considered the applicable factors under 18 U.S.C. § 3553(a), it is ORDERED that defendant DeAndre Stokes's petition for early

3

termination of supervised release (Doc. 150) is denied.

DONE, this the 19th day of December, 2022.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**